**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                    **CRIMINAL ACTION**

**VERSUS**                                                         **NO. 15-185**

**LEROY SMITH**                                               **SECTION: "B"(4)**

### ORDER AND REASONS

Given Government Counsel's acknowledgment before the Fifth Circuit and recently before this District, and upon motion by Defense Counsel, Rec. Doc. Nos. 175-1, 190,

**IT IS ORDERED** that Defendant Leroy Smith's guilty plea and sentence are hereby vacated and the action shall be set for trial on the merits;

**IT IS FURTHER ORDERED** that any superseding indictment or information, as may be appropriate, shall be timely filed in view of the aforementioned acknowledgments and motion;

**IT IS FURTHER ORDERED** that a status conference shall be held on **December 17, 2018, at 10:00 a.m.** to select new pre-trial conference and trial dates; and

**The hearing set for Wednesday, December 5, 2018 is hereby CANCELLED AS MOOT.**

New Orleans, Louisiana, this 3rd day of December, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE